**OFFICIAL LOCAL FORM 3**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS**

**CHAPTER 13 PLAN COVER SHEET**

| | | | |
|---|---|---|---|
| Filing Date: | **8/20/13** | Docket #: | **13-14940** |
| Debtor: | **Ronald A Record, Jr.** | Co-Debtor: | |
| SS#: | **xxx-xx-8443** | SS#: | |
| Address: | **100 Sanborn Lane
Reading, MA 01867** | Address: | |

| | |
|---|---|
| Debtor's Counsel: | **Matthew T. Desrochers 644504** |
| Address: | **274 Main Street
Suite 208
Reading, MA 01867** |
| Telephone #: | **Tel. (781) 279-1822** |
| Facsimile #: | **Fax (781) 944-1599** |

**ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.**

**YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.**

**PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE § 341 MEETING OR THIRTY (30) DAYS AFTER THE SERVICE OF AN AMENDED OR MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.**

**OFFICIAL LOCAL FORM 3**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS**

**PRE-CONFIRMATION CHAPTER 13 PLAN**

AMENDED CHAPTER 13 PLAN

Docket No.: **13-14940**

DEBTOR(S):  (H)  **Ronald A Record, Jr.**    SS#  **xxx-xx-8443**

(W)    SS#

**I. PLAN PAYMENT AND TERM:**

Debtor's shall pay monthly to the Trustee the sum of $ **2,332.00** for the term of:

☐ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

☒ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

☐ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:

**II. SECURED CLAIMS**

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Chase** | **Pre-petition arrears** | $ **121,143.01** |

Total of secured claims to be paid through the Plan  $ **121,143.01**

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **Chase** | **First Mortgage** |
| **Suntrust Mortgage/cc 5** | **First Mortgage** |
| **The Providnt** | **First Mortgage** |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **-NONE-** | | |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of
**-NONE-**
; or

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of
**-NONE-**

    iii. The arrears under the lease to be paid under the plan are __0.00__ .

## III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Massachusetts Department of Revenue** | **Taxes** | $ **0.00** |

Total of Priority Claims to Be Paid Through the Plan  $ __0.00__

## IV. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan): $ **2,000.00**

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of __100__ % of their claims.

A. General unsecured claims: $ __296.00__

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

Total of Unsecured Claims (A + B + C): $ **296.00**

D. Multiply total by percentage: $ __296.00__
   (Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| **-NONE-** | | $ |

    Total amount of separately classified claims payable at ____ %  $ **0.00**

**VI. OTHER PROVISIONS**

    A. Liquidation of assets to be used to fund plan:

    B. Miscellaneous provisions:

**VII. CALCULATION OF PLAN PAYMENT**

| | | |
|---|---|---|
| A) Secured claims (Section I-A Total): | $ | 121,143.01 |
| B) Priority claims (Section II-A&B Total): | $ | 0.00 |
| C) Administrative claims (Section III-A&B Total): | $ | 2,000.00 |
| D) Regular unsecured claims (Section IV-D Total):+ | $ | 296.00 |
| E) Separately classified unsecured claims: | $ | 0.00 |
| F) Total of a + b + c + d + e above: | =$ | 123,439.01 |
| G) Divide (f) by .90 for total including Trustee's fee: | | |
|     Cost of Plan= | $ | 137,155.00 |
| (This represents the total amount to be paid into the Chapter 13 plan) | | |
| H. Subtract the total amount of payment the Debtor has paid to the Trustee to date: | $ | 13,560.00 |
| I. Total amount left to be paid (G minus H) | $ | 123,595.00 |
| **j. Divide I by # of months remaining (53 months):** | **$** | **2,332.00** |

**Date of Amended Payment to begin: 5/2014**

Pursuant to 11 U.S.C. § 1326(a) (1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

**VIII. LIQUIDATION ANALYSIS**

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **Rental property located at 671-673 Cross Street, Malden, MA book 26470, page 096, zillow.com value** | $ 392,446.00 | $ 349,383.10 |
| **Primary residence located at 100 Sanborn Lane, Reading MA 01867, deed recorded with Middlesex South Registry of Deeds at book 50959, page 283, Dec. of homestead at book 54008, page 425. zillow.com value** | $ 571,131.00 | $ 216,307.00 |
| **Rental property located at 46-48 Market Street, Amesbury, MA, deed recorded with Essex South Registry of Deeds at book 19418, page 423. Value based on recent sales.** | $ 207,833.00 | $ 27,631.00 |

| | | |
|---|---|---|
| Total Net Equity for Real Property: | $ | 578,088.90 |
| Less Exemptions (Schedule C): | $ | 354,824.00 |
| Available Chapter 7: | $ | 223,264.90 |

B. Automobile (Describe year, make and model):

| | | | | | | |
|---|---|---|---|---|---|---|
| **2002 Chevy Astro Van with 180k miles in fair condition.** | Value $ | 1,591.00 | Lien $ | 0.00 | Exemption $ | 1,591.00 |
| **2006 Chevy 630 with 110k miles in fair condition.** | Value $ | 0.00 | Lien $ | 0.00 | Exemption $ | 0.00 |

| | | |
|---|---|---|
| Total Net Equity: | $ | 1,591.00 |
| Less Exemptions (Schedule C): | $ | 1,591.00 |
| Available Chapter 7: | $ | 0.00 |

C. All other Assets (All remaining items on Schedule B): (Itemize as necessary)

| |
|---|
| **Joint Checking account with Eastern Bank,(personal)  # ending in 0088** |
| **Business Checking Account with Eastern BAnk, Acct # ending in 1806** |
| **Personal Sav account with Citizens Bank, acct# ending in 5250** |
| **Personal Checking account with East Camb Savings, acct# ending 8265** |
| **Personal Checking account with The Provident Bank, acct# ending 7822** |
| **Personal Checking account with Reading Co-Op, acct# ending in 6073** |
| **Personal Stmnt Savings account with Reading Co-Op , acct# ending in 8786** |
| **Personal Checking account with Reading Co-Op acct# ending in 1627** |
| **Personal Checking account with Reading Co-Op acct# ending in 1635** |
| **Personal Stmnt Savings account with Eastern Bank, acct# ending in 9825** |
| **Personal Savings account with Bank of America, acct# ending in 6647** |
| **Term Life Ins pollicy with SBLI  with benefits of $500k** |
| **Education Account, # ending in 2127 with Fidelity Investment** |
| **Investment account with Putnam Investments** |
| **401K with ING through MBCR** |
| **IRA with Metlife** |
| **Roth IRA ending in 8094 with Fidelity Investment** |
| **Stock options with Fidelity Investments, # ending in 5250** |
| **Misc. tools for Record Electric** |

Total Net Value:            $ **208,085.97**
Less Exemptions (Schedule C):    $ **193,121.38**
Available Chapter 7:        $ **14,964.59**

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions:    $            **238,229.49**

E. Additional Comments regarding Liquidation Analysis:


**IX. SIGNATURES**

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

**/s/ Matthew T. Desrochers**                    **May 16, 2014**
**Matthew T. Desrochers 644504**                    Date
Debtor's Attorney
Attorney's Address:    **274 Main Street**
**Suite 208**
**Reading, MA 01867**
Tel. #:    **Tel. (781) 279-1822 Fax:Fax (781) 944-1599**
Email Address:    **mssslaw@yahoo.com**

**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**


Date   **May 16, 2014**            Signature   **/s/ Ronald A Record, Jr.**
                        **Ronald A Record, Jr.**
                        Debtor

# United States Bankruptcy Court
### District of Massachusetts

| | | |
|---|---|---|
| In re **Ronald A Record, Jr.** | | Case No. **13-14940** |
| Debtor(s) | | Chapter **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on 5/16/2014, a copy of **the amended Chapter 13 plan** was served electronically or by regular United States mail to all interested parties, the Debtor, the Trustee and all creditors listed below.

Chase
Po Box 24696
Columbus, OH 43224

Collection
10625 Techwoods Circle
Cincinnati, OH 45242

Collection
8875 Aero Dr Ste 200
San Diego, CA 92123

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Harmon Law Offices
Po Box 610345
Newton Highlands, MA 02461-0345

Suntrust Mortgage/cc 5
Attn:Bankruptcy Dept
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23286

The Providnt
5 Market St
Boston, MA 02135

Massachusetts Department of Revenue
Bankruptcy Unit / Shahnaz Bijan
P.O. Box 9564
Boston,MA 02114-9564

/s/ Matthew T. Desrochers
**Matthew T. Desrochers 644504**
**Law Office of Matthew T. Desrochers**
**274 Main Street**
**Suite 208**
**Reading, MA 01867**
**Tel. (781) 279-1822Fax:Fax (781) 944-1599**
**mssslaw@yahoo.com**